Filing Civil Claim, Against DCHD

9/3/24

This claim is based on being denied shelter for me and my daughter for about one year, on five different occassions. I called twice and applied told I'd recieve a call back in 48 hours but no one called. I spoke with both case worker and supervisor who acknowledged it was unusual to be evicted and still have a section 8 vochere. They ask for proof which was e-mailed while at the office 5/15/24 (10:16). Within the e-mail was the investigation team MCAD, as well as Metro-housing. I was denied again 7/14/24 spoke with Shelia who said she didn't see notes from last visit and needed "proof of legal case with housing". Which I had the e-mail from MCAD and gave it to her to scan. Somehow me and my daughter are still being denied shelter based on circumstances out of our control. At court no amount specify how much I'm sueing for. I'm sueing for the max 50,000, due to circumstances and damages

Cherrelle Roberts
Cherrelle Roberts

Lee, Sangyeol (CAD)  Aug 7
to me

Hello Ms. Roberts,

Please note your case is still active and under investigation. I am not able to provide a specific timetable for completion at this time due to the continuing nature of the investigation and some staffing changes with the Commission.

Thank you,

Sangyeol Lee

gave copy to DCHD while in person



**Sangyeol Lee (he, him, his)**

Investigator – Housing Unit

Massachusetts Commission Against Discrimination (MCAD)

1 Ashburton Pl, Suite 601, Boston, MA 02108

mass.gov/mcad

**Phone** 617-994-6051  **Email** Sangyeol.Lee@mass.gov

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | Judgment Creditor: Butler Realty Holdings Llc<br>Terms of Execution:<br>EXON Issuance Date: 10/13/2023<br>Judgment Total: 1,852.53<br>Post Judgment Int. Rate: .12    Post Judgment Int. Total: 14.02<br>Execution Subtotal: 1,866.55<br>Execution Total: 1,866.55 | | |
| 10/19/2023 | Correspondence received from Cherrelle Sharon Roberts | 17 | |

## Case Disposition

| Disposition | Date |
|---|---|
| Judgment in SP by Default | 09/20/2023 |

## Judgments

| Date | Type | Method | For | Against |
|---|---|---|---|---|
| 09/20/2023 | Default | Default (by Clerk) SP10 | Butler Realty Holdings Llc | Joseph, Zariah R |

## Events

| Date | Session | Locality | Location | Type | Result |
|---|---|---|---|---|---|
| 07/20/2023 09:00 AM | Woburn Session | | Northeast Housing Court - Woburn | First-Tier Court Event | Defendant Defaulted |
| 09/14/2023 09:00 AM | Woburn Session | | Northeast Housing Court - Woburn | First-Tier Court Event | Defendant Defaulted |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 06/05/2023 | Entry Package - Notice to Quit | 1 | |
| 06/05/2023 | Entry Package - SP Summons and Complaint - Non-payment of Rent | 2 | |
| 06/05/2023 | Entry Package - Affidavit of Compliance | 3 | |
| 06/05/2023 | Affidavit of Compliance per G.L. 186 Section 31 | 4 | |
| 06/06/2023 | Summary Process: MGL Chapter 185C Section 19; Chapter 262 Section 2 Receipt: 108300 Date: 06/06/2023 | | |
| 06/06/2023 | SURCHARGE 185C:Entry of Action filed (Section 466 - M.G.L. c. 185C, §19) SURCHARGE Receipt: 108300 Date: 06/06/2023 | | |
| 06/12/2023 | Scheduled<br>Event: First-Tier Court Event<br>Date: 07/20/2023 Time: 09:00 AM<br>Result: Defendant Defaulted | | |
| 07/20/2023 | Event Resulted: First-Tier Court Event scheduled on:<br>07/20/2023 09:00 AM<br>Has been: Defendant Defaulted<br>Hon. Michael Malamut, Presiding | | |
| 08/03/2023 | Military Service and Rule 10 Affidavit | 6 | |
| 08/03/2023 | Entry Package - SP Summons and Complaint - Original | 7 | |
| 08/08/2023 | Default not entered and Notice of Inability to Enter Default issued in the summary process case because the following has not be filed: * Return of Service for First Tier Court Event<br>Other: | | |
| 08/09/2023 | Motion to Reschedule FTCE filed by Butler Realty Holdings Llc | 9 | |
| 08/17/2023 | Order, Motion Allowed [RE: 9] | 10 | |
| 08/18/2023 | Scheduled<br>Event: First-Tier Court Event<br>Date: 09/14/2023 Time: 09:00 AM<br>Result: Defendant Defaulted | | |
| 09/14/2023 | Event Resulted: First-Tier Court Event scheduled on:<br>09/14/2023 09:00 AM<br>Has been: Defendant Defaulted<br>Honorable Timothy F Sullivan, Presiding | | |
| 09/14/2023 | Return of service first tier court event completed filed by Butler Realty Holdings Llc | 12 | |
| 09/14/2023 | Military Service and Rule 10 Affidavit | 13 | |
| 09/20/2023 | Judgment in SP by default | | |
| 09/20/2023 | Judgment issued: Default  Default (by Clerk) SP10  Presiding: Honorable Timothy F Sullivan<br><br>Judgment For:  Butler Realty Holdings Llc<br><br>Judgment Against:  Cherrelle Sharon Roberts<br>Zariah R Joseph<br><br>Terms of Judgment: Interest Begins: 06/05/2023 Jdgmnt Date: 09/20/2023 Interest Rate: .12 Daily Interest Rate: .000329<br>Damages: Damage Amt: 1487.00 Filing Fees: 161.54 Costs Pd to Court: 5.00 Other Costs: 146.64<br>Judgment Total: 1,852.53 | | |
| 10/02/2023 | Request of Butler Realty Holdings Llc to issue execution | 15 | |
| 10/13/2023 | Execution Issued<br>Execution on Possession and Money<br>Judgment Debtor: Roberts, Cherrelle Sharon / Joseph, Zariah R | 16 | |